UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACOB BREMER,<br>                    Plaintiff,<br>v.<br><br>CORIZON HEALTH CARE,<br>INC., *et al.*,<br>                    Defendant. | Case No.: 17-11865<br><br>Mark A. Goldsmith<br>United States District Judge<br><br>Stephanie Dawkins Davis<br>United States Magistrate Judge |

**REPORT AND RECOMMENDATION ON
DEFENDANTS' MOTIONS TO DISMISS (Dkt. 18, 19)**

Plaintiff, acting *pro se*, filed the instant suit on June 9, 2017.  (Dkt. 1).  The case was referred to the undersigned for all pretrial matters.  (Dkt. 7).  Defendants Hamblin and Ives subsequently filed a motion to dismiss on August 21, 2017.  (Dkt. 18).  Defendant Corizon filed its motion to dismiss on August 24, 2017.  (Dkt. 19).  The undersigned entered an Order for plaintiff to show cause why his complaint should not be dismissed due to his failure to respond to the motions.  (Dkt. 35).  On November 16, 2017, plaintiff filed a response to the motions stating that he agrees with the motions to dismiss because he received the medical treatment he sought in his complaint.  (Dkt. 37, Pg ID 165).

Therefore, the undersigned **RECOMMENDS** that the Motions to Dismiss be **GRANTED** and the complaint be **DISMISSED** with prejudice.

The parties to this action may object to and seek review of this Report and Recommendation, but are required to file any objections within 14 days of service, as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1981).  Filing objections that raise some issues but fail to raise others with specificity will not preserve all the objections a party might have to this Report and Recommendation.  *Willis v. Sec'y of Health and Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to Local Rule 72.1(d)(2), any objections must be served on this Magistrate Judge.

   Any objections must be labeled as "Objection No. 1," "Objection No. 2," etc.  Any objection must recite precisely the provision of this Report and Recommendation to which it pertains.  Not later than 14 days after service of an objection, the opposing party may file a concise response proportionate to the objections in length and complexity.  Fed.R.Civ.P. 72(b)(2), Local Rule 72.1(d).  The response must specifically address each issue raised in the objections, in the same order, and labeled as "Response to Objection No. 1," "Response to Objection No. 2," etc.  If the Court determines that any objections are without merit, it may rule without awaiting the response.

| | |
|---|---|
| Date: December 21, 2017 | s/Stephanie Dawkins Davis<br>Stephanie Dawkins Davis<br>United States Magistrate Judge |

## CERTIFICATE OF SERVICE

I certify that on December 21, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to all counsel of record, and I certify that I have mailed by United States Postal Service the foregoing pleading to the plaintiff, a non-ECF participant, at the following address: Jacob Bremer #503064, 53 Brownell St. SE, Grand Rapids, MI 49548.

s/Tammy Hallwood
Case Manager
(810) 341-7850
tammy_hallwood@mied.uscourts.gov