UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACOB BREMER,

       Plaintiff,                                   Case No. 17-cv-11865

vs.

                                            HON. MARK A. GOLDSMITH

CORIZON HEALTH CARE, Inc., et al.,

       Defendants.
_____/

**ORDER
(1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF
THE MAGISTRATE JUDGE DATED DECEMBER 21, 2017 (Dkt. 40) AND (2)
GRANTING DEFENDANTS' MOTIONS TO DISMISS (Dkts. 18, 19)**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Stephanie Dawkins Davis, issued on December 21, 2017 (Dkt. 40). In the R&R, the Magistrate Judge recommends that Defendants' motions to dismiss (Dkts. 18, 19) be granted. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, the Court grants Defendants' motions to dismiss. Plaintiff's complaint is dismissed with prejudice.

       SO ORDERED.

Dated: January 29, 2018                                        s/Mark A. Goldsmith
     Detroit, Michigan                                   MARK A. GOLDSMITH
                                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 29, 2018.

                                          s/Karri Sandusky
                                          Case Manager